IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID WAYNE MILES,** <br> **Petitioner** <br><br> v. <br><br> **M. ARVIZA,** <br> **Respondent** | No. 3:24-CV-2252 <br><br> (Judge Munley) |

### ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner David Wayne Miles' petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to CLOSE this case.

Date: 4/1/25

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court